UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

PARKER DAMON BOLDEN,

Plaintiff,

v.

JULIAN CASTRO, et al.,

Defendants.

No. 1:26-CV-254-H

**ORDER**

On August 18, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that Bolden's Motion for Temporary Restraining Order (TRO) (Dkt. No. 13) be denied. Dkt. No. 28. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Bolden's Motion for TRO (Dkt. No. 13) is denied.

So ordered on ~~September~~ October 1, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE